JOSE ESCALANTE & COMPANY, Appellant, v. Rufus W. FONTENOT, Acting Collector of Internal Revenue, Appellee.

No. 7883.

Circuit Court of Appeals, Fifth Circuit.
Nov. 29, 1935.

PER CURIAM.

It is ordered that the order entered in this cause on September 13, 1935 (79 F.(2d) 343), denying the application of appellant for an order to stay the execution of judgment and the collection of taxes pending the appeal to this court be, and the same hereby is, in all respects rescinded and annulled. And it is further ordered that the execution of the judgment of the District Court of the United States rendered and entered on the 21st day of August, 1935, and the collection of taxes thereunder by Rufus W. Fontenot, acting United States collector of internal revenue, be and the same hereby is in all respects stayed pending the hearing and determination on the appeal herein taken, or until the contrary shall be ordered by this court, upon condition that the amount of the assailed taxes, as they accrue, from month to

month, shall be paid over to and deposited with the Whitney National Bank, to the joint order of the collector of internal revenue and the taxpayer, to be withdrawn and discharged only upon order of this court.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.